# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY CORWIN, Individually, | |
| Plaintiff, | Case No. 2:14-cv-00264-JAD-NJK |
| vs. | ORDER |
| NATIONWIDE MUTUAL INSURANCE COMPANY, an entity licensed to do business in Nevada, *et. al.*, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulated Discovery Plan and Scheduling Order. Docket No. 13. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off date. *See id.* at 4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least <u>21 days before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//

//

1  In an effort to ensure future compliance and complete understanding of the Local Rules, the
2  Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no
3  later than April 21, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.
4  IT IS SO ORDERED.
5  DATED: April 14, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Michael D. Haight, Eric J. Willoughby, and Christine M. Emanuelson.

2